Cuyahoga County Common Pleas 

| THE STATE OF OHIO VS. | A TRUE BILL INDICTMENT FOR |
|---|---|
| MICHAEL ALEXANDER | RAPE R.C. 2907.02 |

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| SEPTEMBER 21, 2004 | JANUARY OF 2005 | CR 461414 | 1 |

**The State of Ohio,** } ss.
CUYAHOGA COUNTY

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, **IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO,** Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

engaged in sexual conduct with Jane Doe (d.o.b. July 24, 1988) by purposely compelling her to submit by the use of force or threat of force

RECEIVED FOR FILING

JAN 2 6 2005

GERALD E. FUERST, CLERK
By _____, Dep.

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_Pamela D. Cooper_
Foreman of the Grand Jury

_William D. Mason_
Prosecuting Attorney

668

INDICTMENT - ORIGINAL
EXHIBIT NO. 4

GOVERNMENT EXHIBIT 1



Cuyahoga County Common Pleas

| THE STATE OF OHIO VS. MICAEL ALEXANDER | A TRUE BILL INDICTMENT FOR KIDNAPPING R.C. 2905.01 |
|---|---|

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| SEPTEMBER 21, 2004 | JANUARY OF 2005 | CR 461414 | 2 |

**The State of Ohio,** } SS.
**CUYAHOGA COUNTY**

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, **IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO**, Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

<u>COUNT TWO: KIDNAPPING R.C. 2905.01</u>

The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully and by force, threat or deception removed Jane Doe (d.o.b. July 24, 1988) from the place where she was found or restrained her of her liberty for the purpose of facilitating the commission of a felony or the flight thereafter and/or engaging in sexual activity, as defined in Section 2907.01 of the Revised Code, with Jane Doe against her will

<u>SEXUAL MOTIVATION SPECIFICATION</u>  R.C. 2941.147

The Grand Jurors further find and specify that the offender committed the offense with a sexual motivation.

THE STATE OF OHIO }
Cuyahoga County } SS.

I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _Criminal_ _docket_  CR-A 461414 NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID COURT THIS _11_ DAY OF _Sept_ A.D. 20 _12_.

GERALD E. FUERST, Clerk
By _Candace McCleary_ Deputy

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_Pamela D. Cooper_        _William D. Mason_
Foreman of the Grand Jury        Prosecuting Attorney

668

INDICTMENT - ORIGINAL

34661263

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
   Plaintiff

Case No: CR-05-461414-A

Judge: JOSE` A VILLANUEVA

MICHAEL ALEXANDER
   Defendant

INDICT: 2907.02 RAPE
          2905.01 KIDNAPPING /SMS

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL JAMES A JENKINS. PROSECUTING ATTORNEY RICHARD BOMBIK PRESENT.
COURT REPORTER ILENE GRACE PRESENT.
DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES.
DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO GROSS SEXUAL IMPOSITION / 2907.05 - F4 THE LESSER INCLUDED OFFENSE UNDER COUNT(S) 1 OF THE INDICTMENT.
COUNT(S) 2 IS/ARE NOLLED.
COURT ACCEPTS DEFENDANT'S GUILTY PLEA.
THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT.
SENTENCING SET FOR 08/16/2005 AT 08:30 AM.

07/11/2005
CPSAM 07/11/2005 15:23:09

_____   7-13-05
Judge Signature            Date

THE STATE OF OHIO } SS. I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _____ NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID COURT THIS ___ DAY OF _____ A.D. 20__
GERALD E. FUERST, Clerk
By _____ Deputy

2005 JUL 14 A 10:50

PVER
07/11/2005

EXHIBIT NO. 5

Page 1 of 1


35386804

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| THE STATE OF OHIO<br>Plaintiff | 2005 AUG 30 A 11: 44  | Case No: CR-05-461414-A<br><br>Judge: JOSE' A VILLANUEVA |
| MICHAEL ALEXANDER<br>Defendant | | INDICT: 2907.02 RAPE<br>2905.01 KIDNAPPING /SMS |

## JOURNAL ENTRY

DEFENDANT IN COURT WITH ATTORNEY JAMES A JENKINS.
COURT REPORTER TRACY VARGO PRESENT.
ON A FORMER DAY OF COURT, THE DEFENDANT PLEAD GUILTY TO GROSS SEXUAL IMPOSITION / 2907.05 - F4 THE LESSER INCLUDED OFFENSE UNDER COUNT(S)1 OF THE INDICTMENT.
DEFENDANT ADDRESSES THE COURT.
THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW.
THE COURT FINDS THAT A COMMUNITY CONTROL SANCTION WILL ADEQUATELY PROTECT THE PUBLIC AND WILL NOT DEMEAN THE SERIOUSNESS OF THE OFFENSE. PROBATION IS TO RUN CONCURRENTLY TO CR 461820.
IT IS THEREFORE ORDERED THAT THE DEFENDANT IS SENTENCED TO 5 YEAR(S) OF COMMUNITY CONTROL, UNDER SUPERVISION OF THE ADULT PROBATION DEPARTMENT WITH THE FOLLOWING CONDITIONS:
DEFENDANT TO ABIDE BY THE RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
COURT ORDERS DEFENDANT TO BE SUPERVISED BY: REGULAR SUPERVISION UNIT
DEFENDANT ORDERED TO TO SUBMIT TO REGULAR ALCOHOL TESTING
SUBMIT TO REGULAR DRUG TESTING
SUBMIT TO RANDOM DRUG TESTING
OBTAIN / MAINTAIN VERIFIABLE EMPLOYMENT, PROVIDE PROOF OF EMPLOYMENT TO THE PROBATION DEPARTMENT.
DEFENDANT IS TO PERFORM 250 HOURS OF COMMUNITY WORK SERVICE. FIFTY HOURS EACH YEAR OF SUPERVISION. DEFENDANT IS CLASSIFIED AS A SEXUALLY ORIENTED OFFENDER AND FOR A PERIOD OF 10 YEARS WITH VERIFICATION OF ADDRESS AND PLACE OF EMPLOYMENT OR SCHOOLING ON EACH ANNIVERSARY OF THE INITIAL REGISTRATION.
VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, OR A PRISON TERM OF 1 YEAR(S) AS APPROVED BY LAW.
THE DEFENDANT IS ORDERED TO PAY RESTITUTION.
THE DEFENDANT IS ORDERED TO PAY A SUPERVISION FEE IN THE SUM OF $ 500.00.
DEFENDANT IS TO PAY COURT COSTS.

08/29/2005
CPCGV 08/29/2005 09:51:16

Judge Signature    8-29-05
                   Date

THE STATE OF OHIO } SS.  I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _____ Ca Entry  CR# 461414 NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID COURT THIS 11 DAY OF Sept A.D. 20 12
Cuyahoga County

SENT         GERALD E. FUERST, Clerk
08/29/2005   By _____ Deputy

Page 1 of 1

EXHIBIT NO. 6