Cuyahoga County Common Pleas

| THE STATE OF OHIO<br>VS.<br><br>MICHAEL ALEXANDER | A TRUE BILL INDICTMENT FOR<br><br>INCITING TO VIOLENCE R.C. 2917.01 |
|---|---|

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| November 12, 2004 | JANUARY OF 2005 | CR 461820 | 1 |

**The State of Ohio,** } SS.
CUYAHOGA COUNTY

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, **IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO,** Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

and knowingly engaged in conduct designed to urge or incite another to commit an offense of violence, when such conduct took place under circumstances which create a clear and present danger that an offense of violence would be committed.

FURTHERMORE, the offense of violence which another person or persons was being urged or incited to commit is Felonious Assaul, a felony of the second degree

THE STATE OF OHIO
Cuyahoga County } SS. I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _Original_ _Indictment_ CR# 461820 NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS _11_ DAY OF _Sept-_ A.D. 20_12_
GERALD E. FUERST, Clerk
By _Candice McCleix_ Deputy

RECEIVED FOR FILING
FEB 0 3 2005
GERALD E. FUERST, CLERK ,Dep.
By

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_John F. Fox_  _William D. Mason_
Foreman of the Grand Jury    Prosecuting Attorney

668

INDICTMENT - ORIGINAL
EXHIBIT NO. 7

GOVERNMENT
EXHIBIT
2

|||||||||||
34661173

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| THE STATE OF OHIO<br>Plaintiff | Case No: CR-05-461820-A |
| | Judge: JOSE' A VILLANUEVA |
| MICHAEL ALEXANDER<br>Defendant | INDICT: 2917.01 INCITING TO VIOLENCE |
| | **JOURNAL ENTRY** |

DEFENDANT IN COURT WITH COUNSEL JAMES A JENKINS. PROSECUTING ATTORNEY RICK BOMBIK PRESENT.
COURT REPORTER ILENE GRACE PRESENT.
DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES.
ON RECOMMENDATION OF PROSECUTOR INDICTMENT IS AMENDED TO ATTEMPTED, INCITING TO VIOLENCE / 2923.02/2917.01 - F4.
DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO ATTEMPTED, INCITING TO VIOLENCE / 2923.02/2917.01 - F4 AS AMENDED IN THE INDICTMENT.
COURT ACCEPTS DEFENDANT'S GUILTY PLEA.
THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT.
SENTENCING SET FOR 08/16/2005 AT 08:30 AM.

07/11/2005
CPSAM 07/11/2005 15:20:31

_____  7-13-05
Judge Signature                     Date

THE STATE OF OHIO } SS. I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _Journal_ _Ch Entry_ _CR# 461820_ NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID COURT THIS _11_ DAY OF _Sept_ A.D. 20_12_
GERALD E. FUERST, Clerk
By _Candice McCleff_ Deputy

2005 JUL 14 A 10: 58

PVER
07/11/2005


EXHIBIT NO. 8

Page 1 of 1

35387485

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
Plaintiff

2005 AUG 30 A 11: 44

Case No: CR-05-461820-A

Judge: JOSE' A VILLANUEVA

MICHAEL ALEXANDER
Defendant

INDICT: 2917.01 INCITING TO VIOLENCE

## JOURNAL ENTRY

DEFENDANT IN COURT WITH ATTORNEY JAMES A JENKINS.
COURT REPORTER TRACY VARGO PRESENT.
ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO ATTEMPTED, INCITING TO VIOLENCE / 2923.02/2917.01 - F4 AS AMENDED IN THE INDICTMENT.
DEFENDANT ADDRESSES THE COURT.
PROSECUTOR BOMBECK ADDRESSES THE COURT.
THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW.
THE COURT FINDS THAT A COMMUNITY CONTROL SANCTION WILL ADEQUATELY PROTECT THE PUBLIC AND WILL NOT DEMEAN THE SERIOUSNESS OF THE OFFENSE. COMMUNITY CONTROL SUPERVISION IS TO RUN CONCURRENTLY TO CR 461414.
IT IS THEREFORE ORDERED THAT THE DEFENDANT IS SENTENCED TO 5 YEAR(S) OF COMMUNITY CONTROL, UNDER SUPERVISION OF THE ADULT PROBATION DEPARTMENT WITH THE FOLLOWING CONDITIONS:
DEFENDANT TO ABIDE BY THE RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
COURT ORDERS DEFENDANT TO BE SUPERVISED BY: REGULAR SUPERVISION UNIT
DEFENDANT ORDERED TO TO SUBMIT TO REGULAR ALCOHOL TESTING
SUBMIT TO REGULAR DRUG TESTING
OBTAIN / MAINTAIN VERIFIABLE EMPLOYMENT, PROVIDE PROOF OF EMPLOYMENT TO THE PROBATION DEPARTMENT.
DEFENDANT IS TO PERFORM 250 HOURS OF COMMUNITY WORK SERVICE, FIFTY HOURS EACH YEAR OF SUPERVISION. DEFENDANT IS CLASSIFIED AS A SEXUALLY ORIENTED OFFENDER AND FOR A PERIOD OF 10 YEARS MUST VERIFY ADDRESS, PLACE OF EMPLOYMENT OR SCHOOLING ON EACH ANNIVERSARY OF THE INITIAL REGISTRATION.
VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, OR A PRISON TERM OF 1 YEAR(S) AS APPROVED BY LAW.
THE DEFENDANT IS ORDERED TO PAY RESTITUTION.
THE DEFENDANT IS ORDERED TO PAY A SUPERVISION FEE IN THE SUM OF $ 500.00.
DEFENDANT IS TO PAY COURT COSTS.

08/29/2005
CPCGV 08/29/2005 10:07:24

_____  8-29-05
Judge Signature            Date

SENT
08/29/2005

THE STATE OF OHIO } SS. I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS
Cuyahoga County         WITHIN AND FOR SAID COUNTY.
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _____
NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS ___
DAY OF _____ A.D. 20__
GERALD E. FUERST, Clerk
By _____ Deputy

Page 1 of 1